IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER MALLETT
ADC #130750                                                                                    PLAINTIFF

v.                            No. 3:21-cv-157-DPM-JJV

KENNETH DAVIS, Deputy Warden,
Grimes Unit, ADC; JOHN K. SPARKS,
JR., Sgt., Grimes Unit, ADC; RICHARD E
LEE, Lt., Grimes Unit, ADC; ROBERT
FREEMAN, Unit Chaplain, Grimes Unit,
ADC; and JOHN P. MOSS, Sgt., Grimes
Unit, ADC                                                                                    DEFENDANTS

ORDER

The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, *Doc. 7*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Mallett may proceed with his free exercise claims against Sparks, Lee, Freeman, and Moss. His claim against Davis is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 October 2021