IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER MALLETT
ADC #130750                                                                                       PLAINTIFF

v.                              No. 3:21-cv-157-DPM

JOHN K SPARKS, JR., Sgt., Grimes
Unit, ADC; RICHARD E. LEE, Lt.,
Grimes Unit, ADC; ROBERT FREEMAN,
Unit Chaplain, Grimes Unit, ADC; and
JOHN P. MOSS, Sgt., Grimes Unit, ADC                                     DEFENDANTS

ORDER

The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, *Doc. 36*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for partial summary judgment, *Doc. 21*, granted. Mallett's claims against Defendants Sparks, Lee, and Moss will be dismissed without prejudice for failure to exhaust the administrative remedies. Sparks, Lee, and Moss will be dismissed without prejudice as defendants in this case. The claims against Defendant Freeman remain.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 May 2022