IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER MALLETT
ADC #130750                                                              PLAINTIFF

v.                          No. 3:21-cv-157-DPM

ROBERT FREEMAN,
Unit Chaplain, Grimes Unit, ADC                                          DEFENDANT

ORDER

I have reviewed the recommended disposition, *Doc 51*, Mallett's objection, *Doc. 53*, and the docket. My review convinces me that I made a recusal-related mistake early in the case.

At the screening stage, I adopted the Magistrate Judge's unopposed recommendation to dismiss Deputy Warden Kenneth Davis without prejudice. Davis, however, is on my recusal list. I should have caught this and not ruled on whether Mallett's complaint stated a claim against him. I apologize to the parties for my oversight. I will redouble my efforts to avoid making this kind of mistake again.

Another Judge needs to address Mallett's claim against Davis. I vacate that part of my prior Order, *Doc. 8*, that did so. The part of the screening recommendation, *Doc. 7*, on this issue is reinstated. The Clerk must restore Davis as a defendant in this case. The newly

assigned Judge can also address the current recommendation about Freeman, *Doc. 51*.

I recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

8 February 2023