IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER MALLETT                                                                                    PLAINTIFF
ADC #130750

v.                                             3:21-cv-00157-JM

KENNETH DAVIS,
Deputy Warden, Grimes Unit, ADC; *et al.*                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Davis is DISMISSED without prejudice from this lawsuit because Plaintiff has not pled a plausible claim against him.

2. Defendant's Motion for Summary Judgment (Doc. 47) is GRANTED, Plaintiff's First Amendment claim against Defendant Freeman is DISMISSED with prejudice, and this case is CLOSED.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

DATED this 14th day of March, 2023.

JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE