**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

CHRISTOPHER MALLETT                                                                PLAINTIFF
ADC #130750

v.                                              3:21-cv-00157-JM

KENNETH DAVIS,
Deputy Warden, Grimes Unit, ADC; *et al.*                                       DEFENDANTS

## JUDGMENT

Consistent with the Orders entered today and previously, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED. The Court certifies, pursuant to 28 U.S.C.

§ 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Orders

would not be taken in good faith.

DATED this 14th day of March, 2023.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE